No. 416. STATE NATIONAL BANK OF MAYSVILLE v. CHESAPEAKE & OHIO RAILWAY Co. October 28, 1940.

Petition for writ of certiorari to the Court of Appeals of Kentucky denied. MR. JUSTICE REED took no part in the consideration and decision of this application. *Mr. H. E. McElwain, Jr.* for petitioner. *Mr. LeWright Browning* for respondent.